IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DL | § | |
| | § | |
| v. | § | Civ. No. 1:23-cv-1122 |
| | § | |
| JS | § | |

**DEFENDANT'S ADVISORY TO THE COURT
REGARDING OPPOSITION TO USE OF PSEUDONYMS**

Subject to and without waiving any objection to personal jurisdiction, Defendant advises the Court that Plaintiff's Motion for Leave to Proceed Under Pseudonyms (Dkt. # 2) failed to include a certificate of conference as required under Western District of Texas Local Rules CV-7(G). Defendant advises the Court that he is opposed to the relief requested in that Motion.

Defendant was served on October 12, 2023. Pursuant to responsive-pleading rules in Federal Rule of Civil Procedure 12(a) and 12(g), Defendant will file its response to the Motion for Pseudonym upon responding to Plaintiff's Complaint on November 2, 2023.

                                                               Respectfully submitted,

                                                               Karen C. Burgess
                                                               State Bar No. 00796276
                                                               Email: kburgess@burgesslawpc.com
                                                               Stacy Rogers Sharp
                                                               State Bar. No. 24052109
                                                               Email: ssharp@burgesslawpc.com
                                                               Katie Dolan-Galaviz
                                                               State Bar No. 24069620
                                                               Email: kgalaviz@burgesslawpc.com
                                                               **BURGESS LAW PC**
                                                               404 West 13th Street
                                                               Austin, Texas 78701-1825
                                                               Telephone: (512) 482-8808
                                                               Facsimile: (512) 900-6325

Dated: October 26, 2023                          By: */s/ Karen C. Burgess*
                                                                             Karen C. Burgess

                        Sherrard (Butch) Hayes
                        State Bar No. 00784232
                        Email: shayes@wshllp.com
                        **WEISBART SPRINGER HAYES LLP**
                        212 Lavaca Street, Suite 200
                        Austin, Texas 78701-3955
                        Telephone: (512) 652-5780
                        Facsimile: (512) 682-2074

                        **ATTORNEYS FOR DEFENDANT JS**

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 26th day of October, 2023, the foregoing was electronically filed with the Court by using the Western District of Texas' CM/ECF filing system, which provided notice of the filing to all CM/ECF participants.

                        */s/ Karen C. Burgess*
                        Karen C. Burgess