

EXHIBIT

C

# State Farm Fire and Casualty Company v. Luke et al

**Utah District Court**

| | |
|---|---|
| **Judge:** | Jill N Parrish |
| **Case #:** | 2:22-cv-00550 |
| **Nature of Suit** | 110 Contract - Insurance |
| **Cause** | 28:1332 Diversity-Declaratory Judgment |

**Case Filed:** Aug 30, 2022

Docket    Parties (10)

Last checked: **Sunday Feb 26, 2023 2:32 AM MST**

**Counter Claimant**
David Rowan Luke

**Represented By**
Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

**Counter Claimant**
Michelle Luke

**Represented By**
Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

**Counter Claimant**
Robert Luke

**Represented By**
Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

**Counter Defendant**
State Farm Fire and Casualty Company

**Represented By**
Richard A. Vazquez
*Snow Christensen & Martineau*
contact info

**Defendant**
David Rowan Luke

**Represented By**
Carson Fuller
*Plant Christensen & Kanell*
contact info

Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

**Defendant**
Michelle Luke

**Represented By**
Carson Fuller
*Plant Christensen & Kanell*
contact info

Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

**Defendant**
Robert Luke

**Represented By**
Carson Fuller
*Plant Christensen & Kanell*
contact info

Alan C. Bradshaw
*Manning Curtis Bradshaw & Bednar PLLC*
contact info

Michael Harmond
*Holland & Hart LLP*
contact info

| | |
|---|---|
| **Defendant**<br>X. X. | **Represented By**<br>Alan W. Mortensen<br>*Mortensen & Milne*<br>contact info |
| **Defendant**<br>X. Y. | **Represented By**<br>Alan W. Mortensen<br>*Mortensen & Milne*<br>contact info |
| **Plaintiff**<br>State Farm Fire and Casualty Company | **Represented By**<br>Richard A. Vazquez<br>*Snow Christensen & Martineau*<br>contact info |

**Docket last updated: 8 hours ago**

### Friday, August 25, 2023

29      notice   Notice of Supplemental Authority   Fri 08/25 4:20 PM

NOTICE of SUPPLEMENTAL AUTHORITY by David Rowan Luke, Michelle Luke, Robert Luke re27 MOTION to Seal Case and Memorandum in Support (Fuller, Carson)

Att: 1   Exhibit 1 - State Court Docket

### Tuesday, July 11, 2023

28      misc   Request to Submit for Decision   Tue 07/11 5:11 PM

REQUEST to Submit for Decision re27 MOTION to Seal Case and Memorandum in Support filed by Defendants David Rowan Luke, Michelle Luke, Robert Luke. (Fuller, Carson)

### Thursday, July 06, 2023

27      motion   Seal Case   Thu 07/06 3:15 PM

MOTION to Seal Case and Memorandum in Support filed by Defendants David Rowan Luke, Michelle Luke, Robert Luke. Motions referred to Jared C. Bennett.(Fuller, Carson)

### Wednesday, February 08, 2023

| | | | | |
|---|---|---|---|---|
| 26 | 📄 | order | Scheduling Order | Wed 02/08 12:13 PM |

SCHEDULING ORDER: Amended Pleadings due by 6/16/2023. Joinder of Parties due by 6/16/2023. Expert Discovery due by 12/29/2023. Dispositive or Potentially Dispositive Motions due by 1/12/2024. If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date on 1/19/2024 at 02:00 PM Via Zoom before Judge Jill N. Parrish. Signed by Magistrate Judge Jared C. Bennett on 2/8/23. (dle)

### Tuesday, February 07, 2023

| | | | | |
|---|---|---|---|---|
| 25 | 📄 | notice | Notice of Appearance | Tue 02/07 1:45 PM |

NOTICE of Appearance by Carson Fuller on behalf of David Rowan Luke, Michelle Luke, Robert Luke (Fuller, Carson)

| | | | | |
|---|---|---|---|---|
| 24 | 📄 | notice | Notice of Acknowledgment | Tue 02/07 12:14 PM |

NOTICE OF ACKNOWLEDGMENT of Civil Standing Order21 filed by Defendants David Rowan Luke, Michelle Luke, Robert Luke (Bradshaw, Alan)

| | | | | |
|---|---|---|---|---|
| 23 | 📄 | misc | Attorney Planning Meeting | Tue 02/07 11:22 AM |

REPORT OF ATTORNEY PLANNING MEETING. (Vazquez, Richard)

### Tuesday, January 31, 2023

| | | | | |
|---|---|---|---|---|
| 22 | 📄 | notice | Notice of Acknowledgment | Tue 01/31 2:36 PM |

NOTICE OF ACKNOWLEDGMENT of Civil Standing Order21 filed by Plaintiff State Farm Fire and Casualty Company (Vazquez, Richard)

| | | | | |
|---|---|---|---|---|
| 21 | 📄 | order | Civil Standing Order | Tue 01/31 11:38 AM |

CIVIL STANDING ORDER Signed by Judge Jill N. Parrish on 01/31/2023. (lwh)

### Monday, January 30, 2023

| | | | | |
|---|---|---|---|---|
| 20 | 📄 | answer | Answer to Counterclaim | Mon 01/30 1:39 PM |

ANSWER to14 Counterclaim filed by State Farm Fire and Casualty Company.(Vazquez, Richard)

### Friday, January 27, 2023

| | | | | |
|---|---|---|---|---|
| 19 | 📄 | notice | Notice of Withdrawal of Counsel | Fri 01/27 10:21 AM |

NOTICE OF WITHDRAWAL OF COUNSEL of Michael E. Harmond filed by Michael Harmond on behalf of David Rowan Luke, Michelle Luke, Robert Luke (Harmond, Michael)

### Tuesday, January 24, 2023

| | | | | |
|---|---|---|---|---|
| 18 | 📄 | misc | Status Report | Tue 01/24 9:20 AM |

STATUS REPORT by State Farm Fire and Casualty Company. (Vazquez, Richard)

| | order | Order | Tue 01/24 9:06 AM |

DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE. The deadline to comply with Paragraph 2 of 4 ORDER TO PROPOSE SCHEDULE has expired. The court HEREBY ORDERS the parties to comply within 14 days of the date of this order. Signed by Magistrate Judge Jared C. Bennett on 01/24/2023. (docket text order; no attached document) (jcd)

### Monday, January 23, 2023

| 16 | notice | Notice of Voluntary Dismissal (Atty) | Mon 01/23 2:16 PM |

NOTICE of Voluntary Dismissal of Defendants XX, XY and XZ filed by Plaintiff State Farm Fire and Casualty Company (Vazquez, Richard)

### Tuesday, January 10, 2023

| | order | Status Report Order | Tue 01/10 11:59 AM |

STATUS REPORT ORDER. Plaintiff filed its complaint in this action on 08/30/2022. ECF No. 2 . On 10/07/2022, Plaintiff filed a waiver of service for Defendants XX and XY, as guardians and natural parents of XZ, a minor. ECF No. 6 . The time for those Defendants to respond to Plaintiff's complaint has expired, and Plaintiff has not taken any action to move this case forward as to those Defendants. Accordingly, the court HEREBY ORDERS Plaintiff to file a status report on or before 01/24/2023 to inform the court of the status of this action against those Defendants and Plaintiff's intentions to proceed against those Defendants. Status Report due by 1/24/2023. Signed by Magistrate Judge Jared C. Bennett on 01/10/2023. (jcd)

### Monday, January 09, 2023

| 14 | answer | Answer to Complaint Counterclaim | Mon 01/09 3:50 PM |

Luke Defendants' ANSWER to Complaint with Jury Demand , COUNTERCLAIM against State Farm Fire and Casualty Company filed by Robert Luke, David Rowan Luke, Michelle Luke.(Bradshaw, Alan)

### Wednesday, December 28, 2022

| | utility | Reassignment to District Judge | Wed 12/28 2:03 PM |

NOTICE OF NON-CONSENT Consent to the jurisdiction of the Magistrate Judge under DUCivR 72-4 has not been obtained. The case is randomly reassigned to Judge Jill Parrish as the presiding judge and automatically referred to Magistrate Judge Jared Bennett under 28 U.S.C. § 636(b)(1)(A). Magistrate Judge Jared Bennett is no longer assigned as the presiding judge. (alf)

### Tuesday, December 27, 2022

| | misc | Received Consent /Reassignment Form | Tue 12/27 3:31 PM |

RECEIVED Consent/Reassignment Form from Defendants David Rowan Luke, Michelle Luke, Robert Luke. (mh)

| | misc | Received Consent /Reassignment Form | Tue 12/27 4:16 PM |

RECEIVED Consent/Reassignment Form from Plaintiff State Farm Fire and Casualty Company. (mh)

### Tuesday, December 06, 2022

| | | | | |
|---|---|---|---|---|
| 10 | 📄 | notice | Notice of Appearance | Tue 12/06 10:29 AM |

NOTICE of Appearance by Michael Harmond on behalf of David Rowan Luke, Michelle Luke, Robert Luke (Harmond, Michael)

| | | | | |
|---|---|---|---|---|
| 9 | 📄 | notice | Notice of Presiding Magistrate Assignment | Tue 12/06 8:29 AM |

NOTICE - This case is assigned to a magistrate judge. Under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the form. To consent, return the Consent Form to the clerk's office within 21 days via email at consents@utd.uscourts.gov or mail at the address on the form and place Attention: Consent Clerk on the envelope. Please do not e-file the Consent Form in the case. Notice e-mailed or mailed to Defendants David Rowan Luke, Michelle Luke, Robert Luke, X. X., X. Y., Plaintiff State Farm Fire and Casualty Company. Form due by 12/27/2022. (alf)

| | | | | |
|---|---|---|---|---|
| 8 | 📄 | notice | Notice of ADR | Tue 12/06 8:28 AM |

NOTICE OF ADR, e-mailed or mailed to Defendants David Rowan Luke, Michelle Luke, Robert Luke, X. X., X. Y., Plaintiff State Farm Fire and Casualty Company. (alf)

### Monday, December 05, 2022

| | | | | |
|---|---|---|---|---|
| 7 | 📄 | service | Waiver of Service Executed | Mon 12/05 12:43 PM |

WAIVER OF SERVICE Returned Executed filed by State Farm Fire and Casualty Company as to David Rowan Luke Waiver sent on 11/10/2022, answer due 1/9/2023; Michelle Luke Waiver sent on 11/10/2022, answer due 1/9/2023; Robert Luke Waiver sent on 11/10/2022, answer due 1/9/2023. (Vazquez, Richard)

### Friday, October 07, 2022

| | | | | |
|---|---|---|---|---|
| 6 | 📄 | service | Waiver of Service Executed | Fri 10/07 2:30 PM |

WAIVER OF SERVICE Returned Executed filed by State Farm Fire and Casualty Company as to X. X. Waiver sent on 8/30/2022, answer due 10/31/2022; X. Y. Waiver sent on 8/30/2022, answer due 10/31/2022. (Vazquez, Richard)

### Wednesday, August 31, 2022

| | | | | |
|---|---|---|---|---|
| 5 | 📄 | misc | Rule 7 Corporate Disclosure Statement (Atty) | Wed 08/31 12:32 PM |

CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Plaintiff State Farm Fire and Casualty Company identifying State Farm Mutual Automobile Insurance Company as Corporate Parent. (Vazquez, Richard)

| | | | | | |
|---|---|---|---|---|---|
| 4 | 📄 | 4 pgs | order | Order to Propose Schedule | Wed 08/31 11:05 AM |

ORDER TO PROPOSE SCHEDULE - Plaintiff must propose a schedule to defendant in the form of a draft Attorney Planning Meeting Report within the earlier of fourteen(14) days after any defendant has appeared or twenty-eight (28) days after any defendant has been served with the complaint. See order for additional instructions. Signed by Magistrate Judge Jared C. Bennett on 8/31/2022. (alf)

### Tuesday, August 30, 2022


| 2 | 11 pgs | cmp | Complaint (Atty) | Tue 08/30 10:26 AM |

COMPLAINT For Declaratory Judgment against all defendants State Farm Fire and Casualty Company (Filing fee $ 402, receipt number AUTDC-4431880) filed by State Farm Fire and Casualty Company. Assigned to Magistrate Judge Jared C. Bennett (Vazquez, Richard) Modified on 8/30/2022 (ks)

- Att: 1  Civil Cover Sheet Cover Sheet,
- Att: 2  Exhibit A - Policy,
- Att: 3  Exhibit B - PLUP Policy,
- Att: 4  Exhibit C - Luke Complaint

| 1 | 2 pgs | misc | Remark - New Case | Tue 08/30 8:54 AM |

Case has been indexed and assigned to Magistrate Judge Jared C. Bennett. Plaintiff State Farm Fire and Casualty Company is directed to E-File the Complaint and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 402. by the end of the business day. NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system. Civil Summons may be issued electronically. Prepare the summons using the courts[LINK:PDF version] and email it to utdecf_clerk@utd.uscourts.gov for issuance. (ks)

| misc | Modification of Docket | Tue 08/30 1:05 PM |

Modification of Docket: Error: Complaint filed against plaintiffs. Correction: Docket text has been modified to reflect complaint is filed against defendants rather than plaintiff, answer record corrected. re2 Complaint, (ks)

**Continue to Create Account**