**PageVault**

| | |
|---|---|
| Document title: | The Adjacent Project (@theadjacentproject) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/theadjacentproject/ |
| Page loaded at (UTC): | Wed, 25 Oct 2023 23:01:15 GMT |
| Capture timestamp (UTC): | Wed, 25 Oct 2023 23:01:58 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 5QSSzBdHJV2MVkW8H26nV1 |
| User: | burgess-admin |

EXHIBIT

D

PDF REFERENCE #:     19dHXCbfheht9QJqeYtxFG



Instagram Log In Sign Up

theadjacentproject Follow Message •••

14 posts 287 followers 65 following

The Adjacent Project

raising awareness and fighting for non consensual condom removal legislation

linktr.ee/the.adjacent.project

POSTS REELS TAGGED

(NOT SO)
STEALTHY
THE ADJACENT PROJECT
ON THE STREET

STEALTHY
THE ADJACENT PROJECT
ON THE

"Emma, I commend you and cannot thank you enough for bringing attention to 'stealthing'. You have integrated a personal traumatic sexual assault experience and have risen up to create awareness and protect other women; you have created a forum for women to gain critically important information about sexual assault....

WARNIN
WITH STEVE SCHMI

STEVESCHMIDT.SUBSTACK.COM
Have you ever heard of 'stealthing?'
April is Sexual Assault Awareness Month. Today's essay is guest written by Emma Schwartz, an 18-year-old close friend of my daughter, who, unfortunately, was the victim of stealthing. As a result of her experience, she recently launched The Adjacent Project

sexual assault
sex•u•al as•sault
(noun)
as defined by:

April is
sexual assault
awareness month.
swipe to read
more about our
stealthing efforts.

UTAH S.B. 178!!!!
NEW MODIFICATIONS
TO SEXUAL ASSAULT
OFFENSES INCLUDE
NONCONSENSUAL
CONDOM REMOVAL
the
adjacent
project.

TEALTHING
stel•THING)
erb
lang referring to the
on-consensual act of
emoving a condom durin
ex without the
wareness or consent of
he other person.

the
adjacent
project.













