PageVault

| | |
|---|---|
| Document title: | Thank you Senator @mike.mckell for a great meeting today to discuss the introduction of anti-stealthing legislation! We are off to an… \| Instagram |
| Capture URL: | https://www.instagram.com/p/CnnjvqCJbkB/ |
| Page loaded at (UTC): | Thu, 02 Nov 2023 16:31:43 GMT |
| Capture timestamp (UTC): | Thu, 02 Nov 2023 16:33:04 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | dsdk9k8jLp49wbY9MuB7xg |
| User: | burgess-admin |

EXHIBIT

E

PDF REFERENCE #:    19zXrviaf2JCkhLGPwC222

theadjacentproject • Follow
Utah State Capitol

**theadjacentproject** Thank you Senator @mike.mckell for a great meeting today to discuss the introduction of anti-stealthing legislation! We are off to an amazing start!!!!
40w

**ylanlockwood** go em
38w Reply

**angie_marchetti** Way to go!!!
40w 2 likes Reply

Liked by **rootin_tootin_fig_newton** and **others**
JANUARY 20

Log in to like or comment.

More posts from **theadjacentproject**

Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.
Log in
Sign Up

Instagram Log in Sign Up

40w 2 likes Reply

Liked by rootin_tootin_fig_newton and others
JANUARY 20

Log in to like or comment.

More posts from theadjacentproject

See more posts

Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in
Sign Up










