

| | |
|---|---|
| Document title: | Have you ever heard of 'stealthing? A Conversation with Emma Schwartz & Alexandra Brodsky \| The Warning with Steve Schmidt \| Podplay |
| Capture URL: | https://www.podplay.com/podcasts/the-warning-with-steve-schmidt-1093984/episodes/have-you-ever-heard-of-stealthing-a-conversation-with-emma-schwartz-alexandra-brodsky-140759580 |
| Page loaded at (UTC): | Wed, 25 Oct 2023 23:00:13 GMT |
| Capture timestamp (UTC): | Wed, 25 Oct 2023 23:00:46 GMT |
| Capture tool: | 10.34.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | bbvXmXK6SqhSMpH18q8tdz |
| User: | burgess-admin |

EXHIBIT
G

PDF REFERENCE #:     q1b6FjhpBrEdmHhKZQtxAq

PODPLAY Home Discovery Categories Toplist Sign in

# Have you ever heard of 'stealthing? A Conversation with Emma Schwartz & Alexandra Brodsky

April 27, 2023 • 61 min • The Warning with Steve Schmidt

Play •••

April is Sexual Assault Awareness Month. Stealthing is "the non - consensual condom removal of a condom..." before or during sexual intercourse. Joining Steve today to talk about stealthing and other forms of sexual violence are Alexandra Brodsky, a civil rights lawyer, with a long history of advocating on behalf of sexual assault survivors. She is the author of "Sexual Justice: Supporting Victims, Ensuring Due Process, and Resisting the Conservative Backlash." She is joined by Emma Schwartz, a 18-year-old close friend of my daughter, who, unfortunately, was the victim of stealthing. As a result of her experience, she recently launched The Adjacent Project, which seeks to advocate for the passage of non-consensual condom removal legislation.

Learn more about your ad choices. Visit megaphone.fm/adchoices

The Warning with Steve Schmidt >

## News >

The Daily + Follow

The Ben Shapiro Show + Follow

Global News Podcast + Follow

The Dan Bongino Show + Follow

The Rest Is Politics + Follow

## Politik >

The Rest Is Politics + Follow

Pod Save America + Follow

Leading + Follow

Candace Owens + Follow

If You're Listening + Follow

The podcast The Warning with Steve Schmidt is embedded on this page from an open RSS feed. All files, descriptions, artwork and other metadata from the RSS-feed is the property of the podcast owner and not affiliated with or validated by Podplay.

| About | Legal | Team up | Markets | You |
|---|---|---|---|---|
| About Podplay | Privacy Policy | Advertise with us | Norge | Privacy Preferences |
| About Bauer Media | Cookie Policy | Create podcast with us | Suomi | Create account |
| | Terms of Use | Contact us | Sverige | Sign in |
| | | | Global | |

Download on the App Store

GET IT ON

Not playing

April is Sexual Assault Awareness Month. Stealthing is "the non - consensual condom removal of a condom..." before or during sexual intercourse. Joining Steve today to talk about stealthing and other forms of sexual violence are Alexandra Brodsky, a civil rights lawyer, with a long history of advocating on behalf of sexual assault survivors. She is the author of "Sexual Justice: Supporting Victims, Ensuring Due Process, and Resisting the Conservative Backlash." She is joined by Emma Schwartz, a 18-year-old close friend of my daughter, who, unfortunately, was the victim of stealthing. As a result of her experience, she recently launched The Adjacent Project, which seeks to advocate for the passage of non-consensual condom removal legislation.
Learn more about your ad choices. Visit megaphone.fm/adchoices

The Warning with Steve Schmidt >

News >

The Daily + Follow
The Ben Shapiro Show + Follow
Global News Podcast + Follow
The Dan Bongino Show + Follow
The Rest Is Politics + Follow

Politik >

The Rest Is Politics + Follow
Pod Save America + Follow
Leading + Follow
Candace Owens + Follow
If You're Listening + Follow

The podcast The Warning with Steve Schmidt is embedded on this page from an open RSS feed. All files, descriptions, artwork and other metadata from the RSS-feed is the property of the podcast owner and not affiliated with or validated by Podplay.

About
About Podplay
About Bauer Media

Legal
Privacy Policy
Cookie Policy
Terms of Use

Team up
Advertise with us
Create podcast with us
Contact us

Markets
Norge
Suomi
Sverige
Global

You
Privacy Preferences
Create account
Sign in

Download on the App Store
GET IT ON Google Play

A PART OF BAUER MEDIA

Not playing




