IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DL | § | |
| | § | |
| v. | § | Civ. No. 1:23-cv-1122 |
| | § | |
| JS | § | |

## DECLARATION OF JEFFREY SCHWARTZ

| | |
|---|---|
| STATE OF UTAH | § |
| | § |
| COUNTY OF SUMMIT | § |

I, Jeffrey Schwartz, hereby declare the following:

1. My name is Jeffrey Schwartz. I am of sound mind and have personal knowledge of the facts stated herein, which are all true and correct.

2. On May 10, 2022, my wife and I publicly filed suit in Utah state court against DL (a legal adult) and his parents, on behalf of our daughter Emma. The complaint was filed in the public record, and DL filed his responsive pleadings using his own and his parents' full names, for 15 months. A true and correct copy of the Complaint, filed on May 10, 2023 in Case No. 220500132, is attached as Ex. A. A true and correct copy of DL's answer, filed on June 14, 2022, is attached as Ex. J.

3. In March of this year the parties in the Utah case reached an agreement to resolve the case. The settlement agreement has no confidentiality provision.

4. A true and correct copy of DL's Motion to Seal Case and Motion to Rename Party with Pseudonym, filed on July 6, 2022, is attached as Ex. I. We did not oppose it, nor did we share the pleadings after they were sealed.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

    Executed on November 2, 2023.

                                                                               Jeffrey Schwartz