**EXHIBIT A**

---------- Forwarded message ---------
From: **Bobby Orr** <borr@orrinc.com>
Date: Sat, Aug 19, 2023 at 12:51 PM
Subject: FW: Sexual Assault
To: CURTIS HUTCHESON (cth@hutchesons.net) <cth@hutchesons.net>, swk.kinney@gmail.com <swk.kinney@gmail.com>

Curtis and Steve – please see below.  My name and number is still out there as point of contact for Texas Fiji.  ᴿᵉᵈᵃᶜᵗᵉᵈcontacted me.  What you see below is the extent of what I know about the situation.  Please do with it what you want.

Bobby

GTBO

From: .                    Redacted
Sent: Thursday, August 17, 2023 3:17 PM
To: Bobby Orr <borr@orrinc.com>
Subject: Sexual Assault

Bobby-
I want to thank you very much for calling me today and allowing my family to finally feel that people are listening.
I want to start by saying that none of the activities of sexual assault occurred at Phi Gamma Delta and to reiterate they did not occur during          Redacted          time at the University of Texas at Austin.
I am writing this to make the advisory board and the members of the Tau Deuteron chapter aware that          Redacted          sexually assaulted my daughter during their senior of high school.
As a father I am making you aware of his actions in hopes that it will not happen to another woman in the future, as well as educating young men about sexual assault.
We are in the process of working with the State of Utah to strengthen the laws and verbiage around the definition of sexual assault.  My daughter is also working with her local United States House Representative in New York.
I apologize for rambling on, but at the end of the day I wanted the board to be aware that a member of FIJI and of your local chapter was involved in sexual assault.
I would be more than happy to forward all legal and filing documents necessary.

I greatly Appreciate your time,
Redacted