**EXHIBIT B**



The Order of the Court is stated below:
Dated: August 25, 2023          /s/   KENT HOLMBERG
          08:54:21 AM          District Court Judge

Heidi G. Goebel (10343)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
Telephone:  801-441-9393
HGoebel@GAPClaw.com
*Attorneys for*          Redacted

Robert L. Janicki (5493)
Matthew A. Jones (15792)
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone: (801) 532-7080
rjanicki@strongandhanni.com
mjones@strongandhanni.com
talldridge@strongandhanni.com
*Attorneys for*          Redacted

### THIRD JUDICIAL DISTRICT COURT

### SUMMIT COUNTY, STATE OF UTAH

| | |
|---|---|
| XX and XY, as guardians and natural parents of XZ, a minor,<br><br>Plaintiffs,<br><br><br>Redacted<br><br><br><br>Defendants. | ORDER ~~SEALING~~ CLASSIFYING CASE **AS PRIVATE** AND RENAMING PARTY WITH PSEUDONYM<br><br>Case No. 220500132<br>Judge Kent Holmberg |

The Court, having reviewed Defendants' <u>unopposed</u> Motion to Seal Case and Motion to

Rename Party with Pseudonym and being duly advised in the premises, hereby orders that the

names be changed to pseudonyms.  Accordingly, Defendants request that they be renamed in this case as follows:

Redacted   – John Doe

Redacted  – James Doe

Redacted  – Jane Doe

Further, the Court Orders that this matter be ~~sealed~~ CLASSIFIED AS PRIVATE as provided in UT R J ADMIN Rule 4-202.04(5)(A) so that the public may not have access to the pleadings or filings contained therein as provided in UT R J ADMIN Rule 4-202.03(3) .

**\*\*\*Executed and entered by the Court as indicated at the top of the first page of this Order.\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2023, a true and correct copy of the **ORDER SEALING CASE AND RENAMING PARTY WITH PSEUDONYM** was electronically filed with the Clerk of the Court using the Utah Trial Court/ECF system, which sent notification of such filing to all parties of record:

Alan W. Mortensen
DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN MILNE
36 South State Street, Suite 2400
Salt Lake City UT  84111
amort@dkowlaw.com
*Attorneys for Plaintiff*

Robert L. Janicki
Matthew A. Jones
Thomas M. Alldridge
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City UT  84111
rjanicki@strongandhanni.com
mjones@strongandhanni.com
talldridge@strongandhanni.com
*Attorneys for Defendant*    Redacted

*/s/ Kelly Ricker*